■ In the Matter of the Claim of NYDIA SANTIAGO, Respondent. ERNEST CODELIA, P. C., Appellant; JOHN E. SWEENEY, as Commissioner of Labor, Respondent. [626 NYS2d 334] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 29, 1993, which ruled that claimant was entitled to receive unemployment insurance benefits.

Claimant, a legal secretary employed by the employer for 6½ years, quit her employment after her employer had an altercation with her boyfriend which resulted in the boyfriend being thrown through a wall and required him to be hospitalized. This, coupled with evidence indicating that the employer singled claimant out for a reduction in vacation benefits and no raise, provided substantial evidence supporting the Board's decision that claimant had good cause to leave her employment. Accordingly, the Board's decision must be upheld.

Mikoll, J. P., Mercure, White, Yesawich Jr. and Peters, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of MAE C. FLETCHER, Petitioner, v H. CARL McCALL, as State Comptroller, Respondent. [626 NYS2d 980] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which denied petitioner's application for ordinary disability retirement benefits.

There is substantial evidence in the record to support respondent's finding that petitioner failed to sustain her burden of proving that she was permanently incapacitated from performing her job duties as a community residence aide. No objective medical evidence of petitioner's disability was presented at the hearing. Moreover, to the extent the testimony of the medical experts differed concerning petitioner's ability to perform her job duties, it was for respondent to evaluate these conflicting opinions. Accordingly, respondent's determination must be upheld.

Cardona, P. J., Mercure, White, Casey and Spain, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.